# IN THE SUPREME COURT OF THE STATE OF NEVADA

KIM BLANDINO,
Petitioner,
vs.
JOSEPH LOMBARDO, SHERIFF; THE
HONORABLE MICHELLE LEAVITT,
DISTRICT JUDGE; AND THE
HONORABLE LINDA MARIE BELL, OF
THE EIGHTH JUDICIAL DISTRICT
COURT,
Respondents,
  and
THE STATE OF NEVADA,
Real Party in Interest.

No. 83259

**FILED**

AUG 19 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DENYING PETITION FOR EXTRAORDINARY RELIEF

In this third original, emergency petition for writ relief concerning the conditions of petitioner's bail, petitioner again asks this court to allow him, while on house arrest pending a criminal trial, to visit his son in California, explaining that he still cannot seek relief in the district court due to a long-pending motion to disqualify the district judge. Petitioner also seeks relief from an alleged violation of his right to a speedy trial.

As it appears that petitioner's motion to disqualify the district judge has been resolved, such that any motions concerning his house arrest and trial can now move forward, we conclude that our extraordinary intervention is not warranted at this time. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004) (explaining that petitioner bears the burden to demonstrate that extraordinary relief is

21-24243

warranted and that the availability of a future appeal is generally an adequate legal remedy barring writ relief); *Round Hill Gen. Improvement Dist. v. Newman*, 97 Nev. 601, 603-04, 637 P.2d 534, 536 (1981) (noting that the decision to entertain a petition for extraordinary writ relief lies within the discretion of this court); *see also Valdez-Jimenez v. Eighth Judicial Dist. Court*, 136 Nev. 155, 161, 460 P.3d 976, 984 (2020) (recognizing that the district court's imposition of reasonable conditions on bail is a discretionary act); *Farmer v. State*, 133 Nev. 693, 702, 405 P.3d 114, 122-23 (2017) (analyzing a direct appeal argument that appellant's speedy trial rights were violated). Accordingly, we

ORDER the petition DENIED.



_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:   Hon. Linda Marie Bell, Chief Judge
      Hon. Michelle Leavitt, District Judge
      Kim Blandino
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

